UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) | Case No.: 11-CV-05435-LHK |
| ) | |
| Plaintiff, ) | |
| ) | ORDER DENYING *EX PARTE* |
| v. ) | APPLICATION FOR AN ORDER |
| ) | CONTINUING THE CASE |
| LUIS ALBERTO JIMENEZ, ET AL., ) | MANAGEMENT CONFERENCE AND |
| ) | EXTENDING TIME TO COMPLETE |
| Defendants. ) | SERVICE |
| ) | |
| ) | |

Before the Court is Plaintiff's *ex parte* application for an order continuing the case management conference and extending the time to complete service. Plaintiff has not submitted a declaration establishing that good cause exists for continuing the case management conference or for extending the time to complete service. Accordingly, the *ex parte* application for an order continuing the case management conference and extending time to complete service is DENIED without prejudice. If Plaintiff seeks to renew this application, Plaintiff must file a declaration establishing good cause and diligence by 5:00 p.m. on March 7, 2012.

Plaintiff shall serve a copy of this Order on Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED.**

Dated: March 6, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1