1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LUIS ALBERTO JIMENEZ, ET AL., ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No.: 11-CV-05435-LHK <br><br> ORDER DENYING *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO COMPLETE SERVICE |

Before the Court is Plaintiff's *ex parte* application for an order continuing the case management conference and extending the time to complete service.  Plaintiff has not submitted a declaration establishing that good cause exists for continuing the case management conference or for extending the time to complete service.  Accordingly, the *ex parte* application for an order continuing the case management conference and extending time to complete service is DENIED without prejudice.  If Plaintiff seeks to renew this application, Plaintiff must file a declaration establishing good cause and diligence by 5:00 p.m. on March 7, 2012.

Plaintiff shall serve a copy of this Order on Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED.**

Dated: March 6, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-05435-LHK
ORDER DENYING *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE CASE MANAGEMENT
CONFERENCE AND EXTENDING THE TIME TO COMPLETE SERVICE