UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LUIS ALBERTO JIMENEZ, individually and dba Cali Coffee a/k/a Cafe Calle 10; PHUC DINH LE, dba Cali Coffee a/k/a Cali Love Coffee & Restaurant; LEBROS CORPORATION, an unknown business entity dba Cali Coffee a/k/a Cali Love Coffee & Restaurant, <br><br> Defendants. | Case No.: 11-CV-05435-LHK <br><br> ORDER RE MOTION FOR DEFAULT JUDGMENT; ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

On April 27, 2012, the Clerk entered default against all remaining Defendants. ECF No. 27. On June 8, 2012, Plaintiff filed a motion for default judgment, without first obtaining a hearing date from the Courtroom Deputy, as required by this Court's standing orders. ECF No. 28. The hearing on the motion for default judgment is hereby continued to October 4, 2012, at 1:30 p.m. The case management conference set for June 13, 2012, is hereby continued to October 4, 2012, at 1:30 p.m., to follow the hearing on the motion for default judgment.

**IT IS SO ORDERED.**

Dated: June 11, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-05435-LHK
ORDER RE MOTION FOR DEFAULT JUDGMENT; ORDER CONTINUING CASE MANAGEMENT CONFERENCE